UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
AT LAW AND IN ADMIRALTY

---

UNITED STATES OF AMERICA,

      Plaintiff,

      v.                                          Case No. 07-C-0381

APPROXIMATELY $25,000.00
IN BAIL MONEY,

      Defendant.

---

## JUDGMENT OF FORFEITURE

---

THIS CAUSE having come before the Court upon plaintiff's Motion for Judgment of Forfeiture, it is hereby

**ORDERED, ADJUDGED, AND DECREED:**

1. The United States shall return to the claimant, the claimant's attorney, and certain individuals identified by the claimant as bail money contributors, a total of $16,400.00 of the defendant property, approximately $25,000.00 in bail money.

2. The United States shall issue a check in the amount of $16,400.00, made payable to the Cafferty Law Office Trust Account, and shall forward the check to the claimant's attorney, Patrick K. Cafferty, PATRICK CAFFERTY LAW OFFICE, S.C., 704 Park Avenue, Racine, Wisconsin 53403.

3. The funds derived from the $16,400.00 payment forwarded to the claimant's attorney, Patrick K. Cafferty, shall be disbursed as follows:

A. $3,700 shall be retained by Attorney Patrick K. Cafferty as payment of attorney's fees;

B. Attorney Patrick K. Cafferty shall issue a check in the amount of $1,350 payable to the claimant, Amanda Acosta, 5518 24th Avenue, Kenosha, Wisconsin 53140;

C. Attorney Patrick K. Cafferty shall issue a check in the amount of $850 made payable to Sheena Olson, 3317 15th Street, apartment 2C, Kenosha, Wisconsin 53142;

D. Attorney Patrick K. Cafferty shall issue a check in the amount of $1,000 made payable to Ruffo Barrios, 2061 North Campbell Terrace, #219, Chicago, Illinois 60647;

E. Attorney Patrick K. Cafferty shall issue a check in the amount of $2,500 made payable to Sonia Brown, 7539 Sheridan Road, Kenosha, Wisconsin 53143; and

F. Attorney Patrick K. Cafferty shall issue a check in the amount of $7,000 to Alvara Barrios, Jr., 4828 North Wolcott Avenue, Chicago, Illinois 60640.

4. Attorney Patrick K. Cafferty shall provide documentation to the United States as proof of the issuance of the above-described monetary disbursements.

5. All right, title and interest in the remaining defendant property, approximately $8,600.00 from the approximately $25,000.00 in bail money, is forfeited to the United States of America.

6. The United States Marshal shall deposit the approximately $8,600.00 in United States currency into the United States Department of Justice's Asset Forfeiture Fund for disposition according to law.

7. This Court shall retain jurisdiction of this cause for the purpose of enforcing the Judgment of Forfeiture.

Dated at Milwaukee, Wisconsin, this 16th day of April, 2008.

                                      s/AARON E. GOODSTEIN
                                      United States Magistrate Judge

Judgment entered this 16th day of April, 2008.

    JON W. SANFILIPPO
    Clerk of Court

By:
    s/ V. Kelly Barton Terry
    Deputy Clerk